# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00715-CV

**Carowest Land, Ltd., Appellant**

**v.**

**Y.C. Partners, Ltd. d/b/a Yantis Company;**
**City of New Braunfels, Texas, and Michael Morrison, Appellees**

### FROM THE DISTRICT COURT OF COMAL COUNTY, 433RD JUDICIAL DISTRICT
### NO. C2010-1519D, HONORABLE CHARLES R. RAMSAY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Carowest Land, Ltd. has filed an unopposed motion requesting that this appeal be dismissed. *See* Tex. R. App. P. 42.1(a)(1). We grant the motion and dismiss the appeal.

_____

Diane M. Henson, Justice

Before Justices Puryear, Henson and Goodwin

Dismissed on Appellant's Motion

Filed: May 1, 2012